# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. HEALEY, et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>TONY P. SPENCER, et al.,<br><br>      Defendant(s) | CASE NO. CV09-7596-AHM (DTBx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

The Court having been advised by the Honorable Magistrate Judge Bristow that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: November 8, 2010

                                                A. Howard Matz<br>
                                                United States District Court Judge